TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00146-CV







Occidental Chemical Corporation; Occidental Permian, Ltd.; Occidental Power

Marketing, L.P.; Occidental Power Services, Inc.; Oxy Vinyls, L.P.;

and Ingleside Cogeneration, L.P., Appellants


v.



Public Utility Commission of Texas, Appellee







DIRECT APPEAL FROM THE PUBLIC UTILITY COMMISSION OF TEXAS






M E M O R A N D U M O P I N I O N




 By order of May6, 2004, this cause has been consolidated into, and will continue as,
appeal number 03-04-00148-CV. No matters being left in cause 03-04-00146-CV, the appeal is
dismissed.



 

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Puryear

Appeal Dismissed

Filed: May 6, 2004